Eastern District Of Tennesse
    Office Of Clerk
United States District Court
    900 Georgia Ave Room 309
Chattanooga, TN 37402

No. 1:14-cr-37
Judge Collier/Lee

Hi! My name is Dominique Middleton #47486-074 & I come to you because I am wondering if I have an court order to get mental health assistance. If not I am willing to acknowledge the court that I do need help. Also this is a known fact in my motion for non-guideline sentence under my background. I ask you to help me to get the counseling I need so it help me in the future. Please? Thanks

**FILED**
JUN 09 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Dominique Middleton #47486-074
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837